■ In the Matter of JOHN S., a Child Alleged to be Neglected. MILICA S., Also Known as MILLICA S., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [27 NYS3d 382]—

Order, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about February 19, 2015, which, after a fact-finding hearing, found that respondent mother neglected the subject child, unanimously affirmed, without costs.

Petitioner agency satisfied its burden of proving, by a preponderance of the evidence, that respondent neglected the child (*see* Family Ct Act §§ 1012 [f] [i] [B]; 1046 [b] [i]). There are no grounds for disturbing the court's credibility determinations (*see Matter of Fernando S.*, 63 AD3d 610 [1st Dept 2009]). Respondent placed the child in imminent danger after she became intoxicated on the night of December 15, 2013, assaulted the child's father in the child's presence, and assaulted the child (*see Matter of Raima W.*, 59 AD3d 633 [2d Dept 2009]). Her participation in and completion of 12 weeks of intensive outpatient treatment after the instant neglect petition was filed against her, while positive, does not warrant a diffrent disposition on the issue of neglect (*see Matter of Elijah J. [Yvonda M.]*, 105 AD3d 449, 450 [1st Dept 2013]; Family Ct Act § 1046 [a] [iii]).

Respondent failed to preserve her argument that the petition should have been dismissed pursuant to Family Court Act § 1051 (c), and we decline to consider it (*see Matter of Cherish C. [Shanikwa C.]*, 102 AD3d 597 [1st Dept 2013]). Were we to consider it, we would reject it. Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Gische and Gesmer, JJ.